# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JOSHUA DUANE BUTLER,** | ) |
| Plaintiff, | ) |
| v. | ) No. 23-397-RAW-JAR |
| **CARMEN RAINBOLT,** | ) |
| Defendant. | ) |

## OPINION AND ORDER

Plaintiff Joshua Duane Butler appealed this Court's dismissal of his civil rights action to the Tenth Circuit Court of Appeals. The appellate court vacated this Court's judgment in part and remanded for further proceedings in Case No. 23-7091 (10th Cir. July 26, 2024) (Dkt. 21).

**ACCORDINGLY,** Defendant Carmen Rainbolt is directed to file within twenty-one (21) days a response to the Tenth Circuit's remand. Plaintiff is granted twenty-one (21) days to file a reply to Defendant's response, if appropriate.

**IT IS SO ORDERED** this 5th day of September 2024.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE